**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2381**

———————————

JOSEPH C.V. FERRUSI,

Plaintiff - Appellant,

versus

HOWARD S. STONE, III,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-96-1733-A)

———————————

Submitted:  June 16, 1998          Decided:  August 27, 1998

———————————

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joseph C.V. Ferrusi, Appellant Pro Se.  Gary Brooks Mims, BRAULT, PALMER, GROVE & ZIMMERMAN, Fairfax, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting defendant's motion for judgment in his civil action arising out of a traffic accident between the parties. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ferrusi v. Stone, No. CA-96-1733-A (E.D. Va. Sept. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED